Order issued March 30, 1998



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-88-00010-CR

**LARRY MAPLES, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The motion of the Attorney General of Texas to withdraw the record is **GRANTED**.

The Clerk of this Court is **ORDERED** to send the appellate record in the above-numbered cause to:

> Charles Palmer, Assistant Attorney General
> c/o Jennifer Dotson, Records Clerk
> Price Daniel, Sr. Bldg.
> P.O.Box 12548, Capitol Station
> Austin, Texas 78711-2548

Charles Palmer, Assistant Attorney General, is **ORDERED** to return the appellate record in the above-numbered cause to this Court within sixty days of the date of this Order.

LINDA THOMAS
CHIEF JUSTICE